UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

United States of America,

v.

Case No. 2:19–cr–73

Kedar K. Deshpande,

Judge Michael H. Watson

Defendant.

## ORDER

The trial date was continued in this case until April 6, 2020. ECF No. 13. At the status conference held on May 21, 2019, Defendant, through counsel, waived his right to a speedy trial. Nevertheless, pursuant to 18 U.S.C. § 3161(h)(7)(A), the Court finds that the ends of justice served by the granting of a continuance in this case outweigh the best interests of the public and Defendant in a speedy trial. Specifically, the Court finds that, although this case is not so unusual or complex as to fall under 18 U.S.C. § 3161(h)(7)(B)(ii), failure to continue the trial in this case would unreasonably deny Defendant and the Government of the reasonable time necessary for effective preparation for trial, even after taking into account the exercise of due diligence by counsel under § 3161(7)(B)(iv).

IT IS SO ORDERED.

_____
MICHAEL H. WATSON, JUDGE
UNITED STATES DISTRICT COURT